IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JAN 18  PM 1:56

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. 3:17MJ362 |
| TRACKING WARRANT | : | ORDER SEALING APPLICATION, SUPPORTING AFFIDAVIT AND RETURN |
| | : | |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit and Return for captioned Tracking Warrant be sealed and kept from public inspection until further Order of this Court.

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE